Decided March 6, 2002

CHARLES FERRATO ET AL. *v.* WEBSTER BANK

The plaintiffs' petition for certification for appeal from the Appellate Court, 67 Conn. App. 588 (AC 20913), is denied.

*Stephen G. Silverberg*, in support of the petition.

*Linda N. Mayo*, in opposition.

Decided March 6, 2002

## DAISY HERNANDEZ *v.* WILLIAM CIRMO

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 565 (AC 21138), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.